**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SRI RAMAPRIYADARSH KAMMILI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:26-CV-00449-RWS-JBB |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is *pro se* Plaintiff's Notice of Voluntary Dismissal. Docket No. 7. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses the above lawsuit against Defendants. Defendants have not yet appeared in this action and have not served an answer, a motion for summary judgment, or any other responsive pleading. Therefore, the Court **ACCEPTS** Plaintiff's Notice of Voluntary Dismissal (Docket No. 7). Accordingly, it is

**ORDERED** that all claims in the above-captioned cause are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 1st day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE